THOMAS P. O'BRIEN, ESQUIRE
United States Attorney
Central District of California
411 W. Fourth Street, Suite 8000
Santa Ana, California 92701-4599

SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division
Federal Building, Suite 7211
300 North Los Angeles Street

JUSTIN S. KIM, Cal. Bar No. 234012
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-0977
Facsimile:  (202) 307-0054
E-mail:     justin.s.kim@usdoj.gov

JS - 6

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEVIN FRANCIS,<br><br>Plaintiff,<br><br>v.<br><br>HENRY PAULSON, as Secretary of the United States Department of Treasury; et al.,<br><br>Defendants. | Case No. SACV 08-00364-CJC(ANx)<br><br>[PROPOSED] ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation for dismissal, this action is dismissed with prejudice with each party bearing its own fees and costs.

DATED this 26th day of March, 2009.

THE HONORABLE CORMAC J. CARNEY
United States District Judge